LILA MORRISON WEED, an Infant, etc., and MARGARET THOMAS WEED, an
Infant, etc., by ELIZABETH CLARK, Their Guardian ad Litem, Appellants,
*v.* MANUEL JOSEPH BRAZILL and " MARY " BRAZILL, His Wife, the Name
" Mary " Being Fictitious, etc., Respondents.

*Ejectment — receiver of rents — appointment denied without prejudice to
motion to require bond.*

Appeal from an order of the Supreme Court, entered in the New York
county clerk's office January 29, 1920, in the ejectment action brought

by the infant children of Thomas M. Weed against Manuel Joseph Brazill, denying the plaintiffs' motion for a receiver.

SMITH, J.: The order recites that the denial is made without prejudice to a subsequent motion if the plaintiffs are so advised, to compel the giving of a bond by the defendants if the prolonging of the action is sufficient to make inadequate the protection afforded by the amount which the defendants have already paid over and above what they will then have received in money and rental value. This disposition of the case seems to me equitable and reasonable and I recommend an affirmance of this order, with ten dollars costs and disbursements. Dowling, Laughlin and Merrell, JJ., concur. Order affirmed, with ten dollars costs and disbursements.